UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| RICHARD FRANKLIN MYERS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:14-cv-271 |
| v. ) | |
| ) | Judge Mattice |
| CAROLYN W. COLVIN ) | Magistrate Judge Lee |
| Acting Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

# ORDER

On December 30, 2015, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 21) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that (1) Plaintiff's Motion for Summary Judgment (Doc. 16) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 19) be granted; and (3) the decision of the Commissioner be affirmed.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

---

[1] Magistrate Judge Lee specifically advised Plaintiff that he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 21 at 19 n.7); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

Accordingly:

- The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations (Doc. 21) pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Summary Judgment (Doc. 16) is hereby **DENIED**;

- Defendant's Motion for Summary Judgment (Doc. 19) is hereby **GRANTED**;

- The decision of the Commissioner is hereby **AFFIRMED**; and

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 22nd day of January, 2016.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE